No. 95–1028. UNITED STATES *v.* FADEM ET AL. C. A. 9th Cir. Motion of the Solicitor General to dispense temporarily with printing in this case granted pending renewal of the Department of Justice's appropriations and contract authority.

JANUARY 5, 1996

No. 95–892. ALASKA *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 95–365. LANE *v.* PENA, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 15, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–489. COLORADO REPUBLICAN FEDERAL CAMPAIGN COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. 10th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 15, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–559. DOCTOR'S ASSOCIATES, INC., ET AL. *v.* CASAROTTO ET UX. Sup. Ct. Mont. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 16, 1996. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 15, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply. 